**Not For Publication in West's Federal Reporter**
**Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals
## For the First Circuit

No. 02-2090

LOIS R. HALL, ET AL.,

Plaintiffs, Appellants,

v.

HANSCOM AIR FORCE BASE, ET AL.,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. George A. O'Toole, Jr., U.S. District Judge]

Before

Boudin, Chief Judge,
Lynch and Howard, Circuit Judges.

Lois R. Hall on brief pro se.
Gina Y. Walcott-Torres, Assistant United States Attorney,
and Michael J. Sullivan, United States Attorney, on brief for
appellees.

August 18, 2003

**Per Curiam**.  After a thorough review of the record and of the parties' submissions, we allow the appellees' motion for summary disposition.  We affirm the lower court's dismissal on the ground that plaintiffs/appellants failed to satisfy the jurisdictional requirement that they first submit their claim to the appropriate agency in writing.  See 28 U.S.C. § 2401(b); Gonzalez v. United States, 284 F.3d 281, 288 (1st Cir. 2002) ("Pursuant to the FTCA, a tort claim against the United States is 'forever barred' unless it is presented in writing to the appropriate federal agency within two years after the claim accrues.") (quoting 28 U.S.C. § 2401(b)).

Affirmed.  See 1st Cir. Loc. R. 27(c).